No. 764. CYNTHIA LINDSAY, PETITIONER, *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. T. Thompson* for the petitioner. *Mr. F. B. Daniels* and *Mr. William Burry* for the respondent.

---

Nos. 991 and 992. THE BADDERS CLOTHING COMPANY, PETITIONER, *v.* THE BURNHAM-MUNGER-ROOT DRY GOODS COMPANY ET AL. June 12, 1916. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. H. Harkless, Mr. D. R. Hite* and *Mr. Clifford Histed* for the petitioner. *Mr. Edwin A. Krauthoff* for the respondents.

---

No. 1001. JOHN W. ENRIGHT ET AL., PETITIONERS, *v.* ARTHUR YANCEY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Grafton L. McGill* for the petitioners. *Mr. John Dymond, Jr.,* and *Mr. A. Griffen Levy* for the respondent.

---

No. 1006. UNION TERMINAL COMPANY ET AL., PETITIONERS, *v.* TURNER CONSTRUCTION COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. T. G. Crawford* for the petitioners. *Mr. Richard P. Marks* for the respondent.